Case 2:20-cr-20366-NGE-RSW   ECF No. 57, PageID.395   Filed 12/12/23   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tete Oniango | ) | Case No: 0645 2:20-CR-20366-001 |
|  | ) | USM No: 55703-039 |
| Date of Original Judgment: 9/13/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Benton Martin |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   09/13/2022   months **is reduced to**   TIME SERVED   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Count 1 Pursuant to 18 U.S.C. § 3582(c)(2), the defendant is committed to the custody of the Bureau of Prisons for a term of TIME SERVED.

Except as otherwise provided, all provisions of the judgment dated   September 13, 2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 11, 2023         s/Nancy G. Edmunds
                                         *Judge's signature*

Effective Date:   February 1, 2024       Nancy G. Edmunds, U.S. District Judge
*(if different from order date)*         *Printed name and title*